**Dismissed for Want of Prosecution and Memorandum Opinion filed February 3, 2026**



In The

# Fifteenth Court of Appeals

---

## NO. 15-25-00189-CV

---

**BARBARA BRANDON-SULIN, Appellant**

**V.**

**GEORGE SULIN, Appellee**

---

**On Appeal from the 395th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 23-2004-F395**

---

## MEMORANDUM OPINION

On November 17, 2025, this Court notified appellant Barbara Brandon-Sulin that the clerk's record was due in this Court on November 17, 2025 but had not been filed due to her failure to pay, or make arrangements to pay, the trial court clerk's fee for preparing the record. The notice requested that appellant file a response with written documentation showing that she has paid, or made arrangements to pay, the clerk's fee or that she is entitled to proceed without payment of costs. In addition, in

our notice, we directed appellant to comply with our request by December 1, 2025, and advised that her failure to comply could result in the dismissal of the appeal for want of prosecution. To date, appellant has not responded to the Court's notice, and the clerk's record has not been filed.

If a trial court clerk fails to file the clerk's record due to an appellant's failure to pay, or make arrangements to pay, the clerk's fee for the preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs.[1] In this case, appellant has not established that she is entitled to proceed without payment of costs.[2] Consequently, we dismiss the appeal for want of prosecution.[3]

PER CURIAM

Before Chief Justice Brister and Justices Field and Farris.

---

[1]     *See* TEX. R. APP. P. 37.3(b).

[2]     *See id.* R. 20.1; TEX. R. CIV. P. 145.

[3]     *See* TEX. R. APP. P. 42.3(b).